In re   **Helen L. George**                                                                ,   Case No.   **05-73187**
                              Debtor

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Fisrt National Bank checking acct** | - | **173.03** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **4 tvs, vcr, dvd player, couches, end tables, lamps, table, chairs, computer, printer, freezer, refrigerator, microwave, kitchen appliances, beds, dressers, lawn furniture, lawn mower, tools, yard items, copmuter, fax, copy machine** | - | **2,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. wall hangings, frog collection, beer stien collection** | - | **90.00** |
| 6. Wearing apparel. | | **Clothes** | - | **200.00** |
| 7. Furs and jewelry. | | **Misc. jewelry** | - | **200.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **38 pistol, 22 rifle** | - | **175.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                                                             Sub-Total >       **2,838.03**
                                                                                          (Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re **Helen L. George**,          Case No. **05-73187**

Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >   **0.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

In re **Helen L. George**, Case No. **05-73187**
Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lawsuit against Equity One** | - | 475,000.00 |
| | | **Lawsuit against Saxon Mortgage** | - | 110,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Tracker** | - | 4,000.00 |
| | | **1992 Cadilac** | - | 1,500.00 |
| | | **1997 Kawasaki 4 wheeler** | - | 1,000.00 |
| | | **Trailer** | - | 300.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **2 horses, 4 goats** | - | 2,200.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | | **Tractor, manure spreader, brush hog** | - | 1,600.00 |
| 32. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >  **595,600.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re  **Helen L. George**, Case No. **05-73187**
Debtor

## SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. | | **John deer lawn mower, garden tools** | - | **1,100.00** |

Sub-Total >    **1,100.00**
(Total of this page)
Total >    **599,538.03**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **Helen L. George**, Case No. **05-73187**
Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
■ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☐ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence located at RR 3 Box 359, Hollidaysburg, PA | 11 U.S.C. § 522(d)(1) | 18,450.00 | 135,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Fisrt National Bank checking acct | 11 U.S.C. § 522(d)(5) | 173.03 | 173.03 |
| **Household Goods and Furnishings** | | | |
| 4 tvs, vcr, dvd player, couches, end tables, lamps, table, chairs, computer, printer, freezer, refrigerator, microwave, kitchen appliances, beds, dressers, lawn furniture, lawn mower, tools, yard items, copmuter, fax, copy machine | 11 U.S.C. § 522(d)(3) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. wall hangings, frog collection, beer stien collection | 11 U.S.C. § 522(d)(3) | 90.00 | 90.00 |
| **Wearing Apparel** | | | |
| Clothes | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Furs and Jewelry** | | | |
| Misc. jewelry | 11 U.S.C. § 522(d)(4) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 38 pistol, 22 rifle | 11 U.S.C. § 522(d)(3) | 175.00 | 175.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Tracker | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | 2,950.00<br>1,050.00 | 4,000.00 |
| 1992 Cadilac | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| 1997 Kawasaki 4 wheeler | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| Trailer | 11 U.S.C. § 522(d)(5) | 300.00 | 300.00 |
| **Animals** | | | |
| 2 horses, 4 goats | 11 U.S.C. § 522(d)(5) | 2,200.00 | 2,200.00 |
| **Farming Equipment and Implements** | | | |
| Tractor, manure spreader, brush hog | 11 U.S.C. § 522(d)(5) | 1,600.00 | 1,600.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| John deer lawn mower, garden tools | 11 U.S.C. § 522(d)(3) | 1,100.00 | 1,100.00 |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt