IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

'07 MAY 29 A11 :35

In Re:  HELEN L. GEORGE     :     BANKRUPTCY NO. 05-73187
:
:
DEBTOR     :     CHAPTER 7  U.S.
COURT-PGH

PETITION FOR REMOVAL OF THE ORIGINAL COUNSEL ON BEHALF OF THE DEBTOR.  HELEN L. GEORGE TO ACT AS PRO SE FOR SELF.

The Debtor, Helen L. George respectfully requests This Court to remove the names of the Prior Counsel for representation on behalf of the debtor, Helen L. George.
The Law Offices of Cohen, Axxin and Cohen no longer represent the debtor.
Helen L. George is acting in the manner of Pro Se.

It is thereby requested that all legal document correspondence be submitted to Helen L. George pro se.
RR3 Box 359
Hollidaysburg, Pa. 16648


Respectfully submitted,

/s/ Helen L. George
Helen L. George pro se          May 25, 2007

CC to: James R. Walsh, Esquire
400 Am. Ser Financial Building
P.O. Box 280
Johnstown, Pa. 15907

## VERIFICATION

I, Helen L. George verify that the statements of facts contained in the forgoing document is true and correct to the best of my knowledge, information and belief. I understand that false statements herein are subject to the penalties of 18PA.C.S.A. Section 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Date May 25, 2007

Helen L. George, Pro Se
RR3 Box 359
Hollidaysburg, Pa. 16648