N

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:    **HELEN L. GEORGE**            Bankruptcy No. 05-73187 BM

*Re. doc. #113*

**DEBTOR**           **Chapter No. 7**

### ORDER

**IT IS HEREBY ORDERED THAT** the names of prior counsel of COHEN, AXINN and COHEN be stricken from counsel in representation of and for Helen L. George, debtor. It is noted that Helen L. George is acting as pro se.

*Although acting pro se, debtor will be held to appropriate legal standards.*

_____ 5-30-07
United States Bankruptcy Judge

**FILED**

MAY 3 0 2007

CLERK U.S. BANKRUPCTY COURT
WEST. DIST. OF PENNSYLVANIA